IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-MJ-244-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JAVERIA SHAHANI, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 7) filed February 7, 2024. This motion has been assigned to the undersigned Magistrate Judge, and immediate review is appropriate.

By the instant motion, the Government seeks to dismiss without prejudice the charges against Defendant Javeria Shahani in the Criminal Complaint and Arrest Warrant in the above-captioned case. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Government's Motion To Dismiss" (Document No. 7) is **GRANTED**, and the charges against Defendant Javeria Shahani in the above-captioned Criminal Complaint and Arrest Warrant are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 7, 2024

David C. Keesler
United States Magistrate Judge